# IN THE UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| MARTIN S. McKAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:15-cv-224 |
| | ) |
| MARK GOINS, Coordinator of Elections State of Tennessee, | ) |
| TRE HARGETT, Secretary of State, State of Tennessee, and | ) |
| KERRY B. STEELMAN, Administrator of Elections, Hamilton County, Tennessee, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS

Come the Defendants, Mark Goins, in his official capacity as Coordinator of Elections for the State of Tennessee, Tre Hargett, in his official capacity as Secretary of State for the State of Tennessee, and Kerry B. Steelman, in his official capacity as Administrator of Elections for Hamilton County, Tennessee, by and through their counsel of record, the Attorney General and Reporter for the State of Tennessee, and hereby respectfully move that this Court dismiss Plaintiff's complaint in its entirety and with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim, as Plaintiff's complaint is barred by *res judicata*.

This motion is supported by an accompanying memorandum of law.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

/s/ Janet M. Kleinfelter
JANET M. KLEINFELTER (BPR 13889)
Deputy Attorney General
Public Interest Division
Office of Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-7403
Janet.kleinfelter@ag.tn.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 21st day of September 2015 that a copy of the above document has been served upon the following persons by U.S. Mail, postage prepaid:

Martin S. McKay
P.O. Box 16006
Chattanooga, TN 37416

/s/ Janet M. Kleinfelter
JANET M. KLEINFELTER