UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| MARTIN S. MCKAY, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 1:15-cv-224 |
| | ) Judge Mattice |
| MARK GOINS, *et al.*, | ) |
| *Defendants.* | ) |

## JUDGMENT

This case came before the Court on Defendants' Motion to Dismiss. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted the Motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 5th day of February, 2016.

                                                    /s/ *Debra C. Poplin*
                                                     Debra C. Poplin
                                                    CLERK OF COURT