UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA



FILED

MAR 0 2 2016

CLERK, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | | |
|---|---|---|
| Martin S. McKay, | * | |
| | * | |
| **Plaintiff**, | * | |
| | * | |
| vs. | * | CASE NO. -  1:15-CV-224 |
| | * | |
| Mark Goins, | * | Judge -  Mattice |
|    Coordinator of Elections | * | |
|    State of Tennessee, | * | |
| | * | |
| Tre Hargett, | * | |
|    Secretary of State | * | |
|    State of Tennessee, | * | |
| | * | |
| Kerry B. Steelman, | * | |
|    Administrator of Elections | * | |
|    Hamilton County, Tennessee, | * | |
| | * | |
| **Defendants** | * | |
| | * | |

*****************************************************************************

## Notice Of Appeal

Notice is hereby given that *Plaintiff* Martin S. McKay, hereby appeals to the *United States Court Of Appeals For The Sixth Circuit* from an *Order Of Dismissal* entered in this action on the   5th   day of February, 2016.

Respectfully submitted,

*Martin S. McKay* (signature)
Martin S. McKay
P. O. Box 16006
Chattanooga, TN  37416
(423) 580-6876

## Certificate of Service

I certify that a true and correct copy of the foregoing has been served upon the following person, Counsel for defendants, by U.S. Mail, postage prepaid, on this 2nd day of March, 2016.

Ms. Janet M. Kleinfelter, Deputy Attorney General
State of Tennessee
Public Interest Division
Office of Attorney General
P. O. Box 20207
Nashville, TN 37202
    (615) 741-7403

Respectfully submitted,

*Martin S. McKay* (signature)
Martin S. McKay
P. O. Box 16006
Chattanooga, TN 37416
    (423) 580-6876