## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 03, 2016

Ms. Debra Poplin
Eastern District of Tennessee at Chattanooga
900 Georgia Avenue
Room 309
Chattanooga, TN 37402

Re: Case No. 16-5275, *Martin McKay v. Mark Goins, et al*
Originating Case No. : 1:15-cv-00224

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Laura A. Jones
Case Manager
Direct Dial No. 513-564-7023

cc: Ms. Janet M. Kleinfelter
    Mr. Martin S. McKay

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-5275

_____

Filed: October 03, 2016

MARTIN S. MCKAY

    Plaintiff - Appellant

v.

MARK GOINS, Coordinator of Elections, State of Tennnessee; TRE HARGETT, Secretary of State, State of Tennnessee; KERRY B. STEELMAN, Administrator of Elections, Hamilton County, Tennessee

    Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 09/07/2016 the mandate for this case hereby issues today.

COSTS:  None