# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 22, 2016

Scott S. Harris
Clerk of the Court
(202) 479-3011

**FILED**
Nov 23, 2016
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re: Martin S. McKay
v. Mark Goins, et al.
No. 16-681
(Your No. 16-5275)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 18, 2016 and placed on the docket November 22, 2016 as No. 16-681.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst