# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

February 21, 2017

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

**FILED**
Feb 22, 2017
DEBORAH S. HUNT, Clerk

Re:  Martin S. McKay
     v. Mark Goins, et al.
     No. 16-681
     (Your No. 16-5275)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk